UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMONE RIVERS,

        Plaintiff,

    v.

COUNTY OF MARIN, *et al.*,

        Defendants.
_____/

No. C-09-1614 EMC

**ORDER RE RELATED CASE NOTICE**

At the Case Management Conference held on July 29, 2009, Defendant raised the possibility that this case be related to *Bonelli & Rivers v. County of Marin*, C03-1508 SI and *Rivers v. County of Marin*, C05-4251 SI. Defendant suggested this Court make a *sua sponte* referral to Judge Illston. This Court, however, does not believe that the case is related since the current case focuses on events which occurred subsequent to the disposition of the two earlier cases and because it appears no substantive rulings were ever rendered in those prior cases which would result in any judicial economy or conflicting results. Hence, Civil Local Rule 3-12(c) which governs *sua sponte* referrals is inapplicable. If either party nonetheless believes the cases should be related, that party should file an administrative motion with Judge Illston pursuant to Local Rule 3-12(b).

    IT IS SO ORDERED.

Dated: July 31, 2009

                                                          _____
                                                          EDWARD M. CHEN
                                                          United States Magistrate Judge