PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Defendants County of Marin
William Burke, Mike Daly, and Terri Hampton


David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
30 Fifth Street, Second Floor
Petaluma, California 94952
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
SIMONE RIVERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE RIVERS;<br><br>             Plaintiff,<br><br>      v.<br><br>COUNTY OF MARIN; WILLIAM BURKE<br>MICHAEL DALY; TERRI HAMPTON; and<br>DOES 1 through 50,<br><br>             Defendants. | Case No.: USDC 09 1614 EMC<br><br>STIPULATION AND P~~ROPO~~SED ORDER TO FILE AND SERVE FIRST AMENDED COMPLAINT |

   IT IS HEREBY STIPULATED by and between the parties to allow plaintiff Simone Rivers to file and serve a First Amended Complaint, which is attached hereto as Exhibit A.

   There is good cause for the stipulation to file an amended complaint as follows:

- The Court-Ordered Meet and Confer:   The parties have engaged in a conference with the Court regarding the Complaint, and, after much discussion, the Court ordered a meet and confer to address defendants' concerns with the Complaint, including whether Ms. Hampton is a proper

STIPULATION AND PROPOSED ORDER TO F ILE FIRST AMENDED COMPLAINT
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. C09-1614 EMC

1 party to this action. The parties met and conferred on October 12, 2009, and agreed to the filing
2 of amended complaint. As part of the agreement, the plaintiff will be dismissing Ms. Hampton
3 as a defendant, as set forth below, will be providing more detail as to the allegations against
4 Daly and Burke, and defendants have stipulated that Hampton was not the decision-maker with
5 respect to plaintiff's separation from employment;

6 • <u>Stipulation of Facts with Respect to Defendant Hampton:</u>  The parties, through their respective
7 counsel of record below, hereby agree to the following stipulation of facts that will be reflected
8 in the First Amended Complaint: "Burke was the decision-maker to separate Rivers' from her
9 employment at the County, be it through accepting the resignation of Rivers through job
10 abandonment, or by termination of Rivers, the circumstances of which the parties dispute". As a
11 result of this stipulation, plaintiff will be dismissing defendant Hampton from this action
12 through the filing of a First Amended Complaint. Each party to bear its own costs and
13 attorneys' fees as to Hampton only.

15 SO STIPULATED.

17 Dated:  ___10/20/09_____                KAHN, BROWN & POORE LLP

19                                                BY:_____*/s/ David M. Poore*_____
                                                    DAVID POORE
20                                                  Attorney for Plaintiff

23 Dated:  ___10/20/09_____                PATRICK K. FAULKNER
                                                  MARIN COUNTY COUNSEL

25                                                BY:____/s/ Stephen Raab_____
                                                    STEPHEN RAAB
26                                                  Attorney for Defendant County of Marin

2

STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. USDC 09 1614 EMC

PROPOSED ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' stipulation and proposed order to file a First Amended Complaint is approved and Granted. The plaintiff may file the proposed First Amended Complaint within ten (10) days after service of this Order.   The hearing on Defendant Burke's motion to dismiss currently set for 11/4/09 at 10:30 a.m. is vacated.

DATED:   October 21, 2009

HON. _____
U.S. MA_____



3

STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. USDC 09 1614 EMC