David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
30 Fifth Street, Second Floor
Petaluma, California 94952
Telephone:      (707) 763-7100
Facsimile:      (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
SIMONE RIVERS

PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 303
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE RIVERS,<br><br>                  Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN; WILLIAM BURKE;<br>MICHAEL DALY; TERRI HAMPTON; and<br>DOES 1 through 50, inclusive,<br><br>              Defendants. | **Case No.  USDC 09 1614 EMC**<br><br>STIPULATION AND PROPOSED ORDER<br>REGARDING CASE MANAGEMENT<br>CONFERENCE AND DEADLINES |

-1-
STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE
AND DEADLINES
RIVERS v. COUNTY OF MARIN, ET. AL.                    CASE No. USDC 09 1614 EMC

1.        WHEREAS, the parties have entered into a settlement agreement that needs to be memorialized in writing, and the parties have several post-agreement issues to resolve;

2.        WHEREAS, the parties have various discovery items scheduled in the next few weeks because the final date for non-expert discovery is approaching;

3.        WHEREAS, the parties and the Court have a Case Management Conference scheduled for April 21, 2010, and the Court's clerk has requested the parties provide a written stipulation to move the Case Management Conference;

        IT IS HEREBY STIPULATED by and between the parties that:

1.      The Case Management Conference on April 21, 2010 is vacated;

2.      All court-ordered deadlines in the case, including discovery cutoffs, the pretrial conference, and the trial date be vacated;

3.      A further Case Management Conference should be scheduled for June 2, 2010 regarding the status of the dismissal; and

4.      The further Case Management Conference of June 2, 2010 will be vacated upon filing of a dismissal of all Defendants.

Dated:  April 20, 2010                          KAHN, BROWN & POORE


                                                BY: _____/s/_____
                                                      DAVID POORE
                                                      Attorney for Plaintiff


Dated:  April 20, 2010                          PATRICK K. FAULKNER
                                                MARIN COUNTY COUNSEL

                                                BY: _____/s/_____

                                                      STEPHEN RAAB
                                                      Attorneys for Defendant County of Marin

STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE AND DEADLINES
RIVERS V. COUNTY OF MARIN, ET. AL.                    CASE NO. USDC 09 1614 EMC

1

2

3

4                                 PRO~~POS~~ED ORDER

5

6        THE COURT HEREBY ORDERS AS FOLLOWS:

7

8        The Case Management Conference set for April 21, 2010 is hereby vacated.  All court-

9   ordered deadlines in the case, including discovery cutoffs, the pretrial conference, and the trial

10  date is hereby vacated.  A further Case Management Conference is ordered for June 2, 2010

11  regarding the status of the dismissal.  The further Case Management Conference of June 2, 2010

12  will be vacated upon filing of a dismissal of all Defendants.   An updated CMC statement shall
     be filed by May 26, 2010.

13

14  DATED: _____4/20/10_____

15                                              _____
                                                 Edward M. Chen
16                                               Magistra[te] ... Court

17                                               IT IS SO ORDERED
                                                 AS MODIFIED
18
                                                 Judge Edward M. Chen
19

20

21

22

23

24

25

26

27

28
                                         -3-
     STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE
     AND DEADLINES
     RIVERS V. COUNTY OF MARIN, ET. AL.            CASE NO. USDC 09 1614 EMC