1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  30 Fifth Street, Suite 200
   Petaluma, California 94952
3  Telephone:    (707) 763-7100
   Facsimile:    (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   SIMONE RIVERS
6

7  PATRICK K. FAULKNER, COUNTY COUNSEL
   Stephen Raab, SBN 180939
8  3501 Civic Center Drive, Room 303
   San Rafael, CA 94903
9  Tel.: (415) 499-6117, Fax: (415) 499-3796

10 Attorney(s) for the County of Marin,

11

12                **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15

16 SIMONE RIVERS,                      | **Case No.  USDC 09 1614 EMC**

17              Plaintiff,             | **UPDATED JOINT CASE MANAGEMENT STATEMENT**  ; ORDER

18

19 v.

20

21 COUNTY OF MARIN; WILLIAM BURKE;     | Date:  June 2, 2010
   MICHAEL DALY; TERRI HAMPTON; and    | Time: 2:30 p.m.
22 DOES 1 through 50, inclusive,       | Courtroom C, 15th Floor
                                       | Hon. Edward M. Chen
23              Defendants.

24

25

26      Plaintiff Simone Rivers and Defendants County of Marin, Michael Daly, and William

27 Burke submit this Updated Joint Case Management Statement.

28
                                    -1-
                UPDATED JOINT CASE MANAGEMENT STATEMENT
           RIVERS V. COUNTY OF MARIN, ET. AL.          CASE NO. USDC 09 1614 EMC

1    On April 19, 2010, the parties participated in a second mediation session.  The matter did

2  settle.  On May 4, 2010, the Marin County Board of Supervisors approved the settlement.  The

3  parties are in the process of finalizing the further written settlement agreement and release (the

4  parties initially entered into a short Stipulation for Settlement at mediation), and exchange of the

5  settlement draft.  The parties anticipate finalizing the settlement within the next 30 days.

6    Accordingly, the parties request that the further CMC be continued for a period of 30 days

7  to allow the parties to finalize the settlement.

8

9  Dated:  May 26, 2010                                KAHN BROWN & POORE LLP

10

11                                                       By:____//s// David M. Poore_____
                                                              David M. Poore

12                                                            Attorneys for Plaintiff

13  Dated:  May 26, 2010                               PATRICK K. FAULKNER
                                                       COUNTY COUNSEL
14

15                                                       By:____//s// Stephen R. Raab_____
                                                             Stephen R. Raab
16                                                           Deputy County Counsel

17

18

19  IT IS SO ORDERED that the status conference currently set for 6/2/10 at 2:30 p.m. is reset
    for 7/14/10 at 2:30 p.m.  An updated joint status conference statement shall be filed by
20  7/7/10.

21
    Dated:  May 28, 2010
22

23
    _____
24  Edward M. Chen
    U.S. Magistrate Judge
25

26

27

28

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA