PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Defendants County of Marin
William Burke, Mike Daly, and Terri Hampton

David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
30 Fifth Street, Second Floor
Petaluma, California 94952
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
SIMONE RIVERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE RIVERS;<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN; WILLIAM BURKE<br>MICHAEL DALY; TERRI HAMPTON;  and<br>DOES 1 through 50,<br><br>        Defendants. | Case No.: USDC 09 1614 EMC<br><br>STIPULATION AND PROPOSED ORDER TO ~~FILE AND SERVE FIRST AMENDED COMPLAINT~~   RESETTING CMC |

IT IS HEREBY STIPULATED by and between the parties to continue the Case Management Conference, which is presently set for July 14, 2010, at 2:30 p.m., for 30 days to allow the parties to finalize the settlement.  There is good cause in which to grant this request as the Marin County Board of Supervisors has now approved the settlement and the parties are working on finalizing the further written settlement agreement and release.  This case is slightly more complicated that other cases in

STIPULATION AND PROPOSED ORDER TO CONTINUE THE CMC
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. C09-1614 EMC

1  which the consideration is monetary.  This case involves complex issues of retirement, COBRA
2  benefits, and other non-monetary relief. .
3
4       SO STIPULATED.
5
6  Dated:    07/12/10                              KAHN, BROWN & POORE LLP
7
8                                                  BY:_____/s/ David M. Poore_____
                                                      DAVID POORE
9                                                      Attorney for Plaintiff
10
11
12  Dated:    07/12/10                             PATRICK K. FAULKNER
                                                   MARIN COUNTY COUNSEL
13
14                                                 BY:____/s/ Stephen Raab_____
                                                      STEPHEN RAAB
15                                                    Attorney for Defendant County of Marin
16
17
18                              PROPOSED ORDER
19
20       THE COURT HEREBY ORDERS AS FOLLOWS:
21  The parties' stipulation and proposed order to continue the CMC is approved and Granted.  The parties
22  are ordered to appear on August 11, 2010, at 2:30 p.m. for a further CMC to confirm settlement.
23   An updated joint cmc statement shall be filed by August 4, 2010.
24
25  DATED:    7/13/10    _____
26                                                   HON. EDWARD M. CHEN
                                                     UNITED STATES MAGISTRATE JUDGE
27
28

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. USDC 09 1614 EMC