1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Stephen Raab, SBN 180939
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4  Attorney(s) for Defendants County of Marin
   William Burke, Mike Daly, and Terri Hampton
5

6  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
7  30 Fifth Street, Second Floor
   Petaluma, California 94952
8  Telephone:    (707) 763-7100
   Facsimile:    (707) 763-7180
9  dpoore@kahnbrownlaw.com

10 Attorneys for Plaintiff
   SIMONE RIVERS
11

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SIMONE RIVERS; | Case No.: USDC 09 1614 EMC |
|---|---|
| Plaintiff, | STIPULATION AND P~~ROPOS~~ED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF MARIN; WILLIAM BURKE MICHAEL DALY; TERRI HAMPTON; and DOES 1 through 50, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to continue the further Case Management Conference, which is presently set for August 11, 2010, at 2:30 p.m., until September 8, 2010, at 2:30 p.m. to allow for final payment of the settlement proceeds, which will likely take place within the next three weeks.

   ///

   ///

STIPULATION AND PROPOSED ORDER TO CONTINUE THE CMC
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. C09-1614 EMC

1  SO STIPULATED.

3  Dated:  08/06/10                          KAHN, BROWN & POORE LLP

5                                            BY:      /s/ David M. Poore
                                                 DAVID POORE
6                                                Attorney for Plaintiff

9  Dated:  08/06/10                          PATRICK K. FAULKNER
                                             MARIN COUNTY COUNSEL

11                                           BY:     /s/ Stephen Raab
                                                 STEPHEN RAAB
12                                               Attorney for Defendant County of Marin

## PROPOSED ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' stipulation and proposed order to continue the CMC is approved and Granted. The parties are ordered to appear on September 8, 2010, at 2:30 p.m. for a further CMC to confirm settlement.

DATED:  8/10/10                              _____
                                             HON. EDWARD M. CHEN
                                             UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

2

STIPULATION AND PROPOSED ORDER TO CONTINUE CMC
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. USDC 09 1614 EMC