PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Defendants County of Marin
William Burke, Mike Daly, and Terri Hampton

David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
30 Fifth Street, Second Floor
Petaluma, California 94952
Telephone:   (707) 763-7100
Facsimile:   (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
SIMONE RIVERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE RIVERS;<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN; WILLIAM BURKE<br>MICHAEL DALY; TERRI HAMPTON;  and<br>DOES 1 through 50,<br><br>    Defendants. | Case No.: USDC 09 1614 EMC<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE |

   IT IS HEREBY STIPULATED by and between the parties to continue the further Case Management Conference, which is presently set for September 8, 2010, at 2:30 p.m., until September 29, 2010, at 2:30 p.m. to allow for final payment of the settlement proceeds, which will likely take place within the next two weeks.

   ///

   ///

STIPULATION AND PROPOSED ORDER TO CONTINUE THE CMC
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. C09-1614 EMC

SO STIPULATED.

Dated:   09/03/10            KAHN, BROWN & POORE LLP

BY:      /s/ David M. Poore
    DAVID POORE
     Attorney for Plaintiff

Dated:   09/03/10            PATRICK K. FAULKNER
                             MARIN COUNTY COUNSEL

BY:     /s/ Stephen Raab
    STEPHEN RAAB
    Attorney for Defendant County of Marin

PROPOSED ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' stipulation and proposed order to continue the CMC is approved and Granted. The parties are ordered to appear on September 29, 2010, at 2:30 p.m. for a further CMC to confirm settlement.

DATED:        9/3/10

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2