1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Stephen Raab, SBN 180939
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4  Attorney(s) for Defendants County of Marin
   William Burke, Mike Daly, and Terri Hampton
5

6  David M. Poore, SBN 192541
7  KAHN BROWN & POORE LLP
   2200 Powell Street, Suite 745
8  Emeryville, California 94607
   Telephone:     (510) 923-6280
9  Facsimile:     (510) 923-6285
   dpoore@kahnbrownlaw.com
10
   Attorneys for Plaintiff
11 SIMONE RIVERS

12
                 UNITED STATES DISTRICT COURT
13
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15
   SIMONE RIVERS;                    Case No.: USDC 09 1614 EMC
16
            Plaintiff,               STIPULATION FOR DISMISSAL   ; ORDER
17
         v.
18
   COUNTY OF MARIN; WILLIAM BURKE
19 MICHAEL DALY; TERRI HAMPTON;  and
   DOES 1 through 50,
20
            Defendants.
21

22

23

24      IT IS HEREBY STIPULATED by and between parties to this action through their designated

25 counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41

26 (a) (1).  Each party is to bear its own attorneys fees and costs.

27      SO STIPULATED.

28

Dated:   ___09/22/10_____                    KAHN, BROWN & POORE LLP


                                                   BY:_____*/s/ David M. Poore*_____
                                                      DAVID POORE
                                                      Attorney for Plaintiff



Dated:   __9/22/10_____                   PATRICK K. FAULKNER
                                                   MARIN COUNTY COUNSEL


                                                   BY:_____/s/ Stephen Raab_____
                                                      STEPHEN RAAB
                                                      Attorney for Defendant County of Marin


     IT IS SO ORDERED:

     _____
     Edward M. Chen
     U.S. Magistrate Judge

STIPULATION OF DISMISSAL
RIVERS v. COUNTY OF MARIN ET AL, CASE NO. USDC 09 1614 EMC